UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDELL TOWNSEND-WHITE,

                Plaintiff,

  -v-                                    1:16-CV-919
                                       (DNH/CFH)

SOCIAL SECURITY ADMINISTRATION,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

LINDELL TOWNSEND-WHITE
Plaintiff pro se
260 South Pearl Street
Apartment Unit 1F
Albany, NY 12207


DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Pro se plaintiff Lindell Townsend-White brought this action against the Social Security Administration pursuant to 42 U.S.C. § 1983. On October 5, 2016, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be read as brought pursuant to 42 U.S.C. § 405(g), and that the complaint be dismissed without prejudice and that plaintiff be permitted to file an amended complaint that demonstrates she exhausted her administrative remedies, or that there is a sufficient excuse for her failure to exhaust. Plaintiff submitted timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 15, 2017
      Utica, New York.