UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LINDELL TOWNSEND-WHITE,

                        Plaintiff,

    -v-                                      1:16-CV-919
                                                 (DNH/CFH)

SOCIAL SECURITY ADMINISTRATION,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

LINDELL TOWNSEND-WHITE
Plaintiff pro se
260 South Pearl St.
Apartment Unit 1F
Albany, NY 12207


DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

      Pro se plaintiff Lindell Townsend-White brought this action against the Social Security Administration. On November 20, 2017, the Honorable Christian F. Hummel, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's amended complaint be dismissed without prejudice and that plaintiff be permitted one final opportunity to file a second amended complaint to demonstrate that she has timely exhausted her administrative remedies. No objections to the Report-Recommendation have been filed.

      Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's amended complaint is DISMISSED without prejudice and with leave to file a second amended complaint within thirty days of the date of this Decision and Order;

2. If plaintiff files a timely second amended complaint, it be forwarded to the Magistrate Judge for review; and

3. If plaintiff fails to file a second amended complaint within thirty days of the date of this Decision and Order, the Clerk dismiss this action without further order.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 15, 2018
       Utica, New York.